**1701**  EDDY ET AL. vs. CIRCUIT JUDGE (Bay), 4 D. L. N., 731.

To compel vacation of an order entered, in an action for mali-
cious prosecution, requiring relators to produce certain books and
papers of a corporation, in which they are stockholders, for
inspection.

Denied November 12, 1897.

Relators contended that, rules 40 to 43 having been omitted in the late revision, there are no rules now in force relating to the production of books.

The Court held, that at common law, the production of books and papers can be compelled where a trust relation exists.